■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAD JOHNSON, Appellant. [52 NYS3d 233]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 24, 2014 (*People v Johnson*, 123 AD3d 1055 [2014]), affirming a judgment of the County Court, Suffolk County, rendered January 17, 2012.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Chambers, J.P., Miller, Duffy and LaSalle, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN A. JOLLON, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN JOLLON, Appellant. (Appeal No. 2.) [52 NYS3d 230]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Queens County (Blumenfeld, J.), both imposed December 24, 2015, upon his pleas of guilty, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentences imposed were excessive (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Sanders*, 148 AD3d 846 [2017]). Eng, P.J., Leventhal, Sgroi, Cohen and Miller, JJ., concur.